

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00744-CR

James Davis **MORRISON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR7696
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 30, 2014.

_____
Patricia O. Alvarez, Justice